OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/2/2015
DUDLEY, ANTONIO          Tr. Ct. No. 534058-C

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

UNITED STATES POSTAGE
PITNEY BOWES
02 1R          $ 00.26⁵
0006557458    MAR 04 2015
MAILED FROM ZIP WR-30;053-03

ANTONIO DUDLEY #567960
EAST TEXAS MULTI-USE FACILITY

U TF



RTS

PRIVILEDGED

1EBN3B 75652